38904. CHANDLER v. ALABAMA POWER COMPANY.

PER CURIAM. The judgment of this court in *Chandler v. Alabama Power Co.*, 104 Ga. App. 521 (122 SE2d 317), having been reversed by the Supreme Court of Georgia in *Alabama Power Co. v. Chandler*, 217 Ga. 550 (123 SE2d 767), the judgment of this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*The judgment of the trial court is affirmed. Felton, C. J., Bell and Hall, JJ., concur.*

DECIDED FEBRUARY 8, 1962.

Condemnation. Floyd Superior Court. Before Judge Hicks. *E. J. Clower, James Maddox*, for plaintiff in error.

*Matthews, Maddox, Walton & Smith, Oscar M. Smith, John W. Maddox*, contra.